IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, INC., | Case No. 09-12118 (KG) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING FOR FEBRUARY 18, 2010 AT 10:00 A.M.
Location: 6th Floor, Courtroom #3

*PLEASE NOTE: AS THERE ARE NO MATTERS SCHEDULED, COUNSEL REQUESTS THE HEARING BE CANCELLED*

Dated: February 16, 2010

GREENBERG TRAURIG, LLP

*/s/ Sandra G. M. Selzer*

Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4283)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
       selzers@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
diconzam@gtlaw.com

Counsel for the Debtor and Debtor-in-Possession

cc: Via Facsimile
2002 Notice Parties
Office of the United States Trustee
Counsel to the Official Committee of Unsecured Creditors