Jeffrey A. Krieger (SBN 156535)
JKrieger@GreenbergGlusker.com
Aaron L. Gafni (SBN 253176)
Agafni@GreenbergGlusker.com
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Facsimile: 310.553.0687

Counsel for
PTR Fund, L.P. and
PTR Fund Liquidating Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re

MIG, INC.,

    Debtor.

Case No. 09-12118-KG

Chapter 11

## NOTICE OF ASSIGNMENT OF PROOF OF CLAIM PURSUANT TO RULE 3001(e)(2) OF THE FEDERAL RULE OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE THAT, effective as of February 16, 2010, PTR Fund, LP ("Assignor") has assigned and transferred unto PTR Fund Liquidating Trust ("Assignee"), the following:

> all right, title and interest of Assignor in claims against MIG, Inc. ("Debtor") specifically including but not limited to all claims which are the subject of the Proof of Claim filed by Assignor on or about February 10, 2010 in the amount of $840,255.00 and assigned Claim No. 258, filed in Debtor's Chapter 11 Proceeding pending in the United States Bankruptcy Court for the District of Delaware (Case No. 09-12118-KG), a copy of which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE:

1.     Assignor and Assignee hereby waive their rights to receive notice of the above-referenced transfer of claims pursuant to Bankruptcy Rule 3001(e)(2) from the clerk of the Court

and waive all objection to such transfer.

2. Notices relating to the Proof of Claim or any other claims of Assignor or Assignee should be sent to the following notice address for Assignee:

> Patrick Gaynor, Trustee of the
> PTR Fund Liquidating Trust
> 100 Drake's Landing Road, Suite 125
> Greenbrae, California 94904

3. No further notices relating to the Proof of Claim or any other claims of Assignor or Assignee should be sent to Assignor and Assignor shall be removed from the Proof of Service list for this Bankruptcy.

"ASSIGNOR"

PTR Fund, LP,
a Delaware limited partnership,

By: PTR Partners, LLC, a Delaware limited
 liability company,
 its sole general partner

By: _____
 Patrick Gaynor, Manager


"ASSIGNEE"

_____
Patrick Gaynor, Trustee of
PTR Fund Liquidating Trust

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

99910-14000/1721136.1                                2

# EXHIBIT "A"

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: MIG, Inc (f/k/a Metromedia International Group, Inc) | Case No 09-12118 (KG) | Your Claim is Scheduled As Follows. |



Name of Creditor (the person or other entity to whom the debtor owes money or property) **PTR FUND L.P.**

Name and address where notices should be sent:
PTR FUND L.P.
7163 KINGSTON PLACE
DUBLIN, CA 94568

Telephone number: (415) 925-5292
Email Address: PTRCO8C@GMAIL.COM

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____ (If known)

Filed on _____

Name and address where payment should be sent (if different from above)

FILED - 00258
USBC DISTRICT OF DELAWARE
MIG, INC
09-12118(KG)

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

FEB 13 2010 (THE GARDEN CITY GROUP, INC.)

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as any of DISPUTED UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

1. Amount of Claim as of Date Case Filed $ **840,255.00**

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2. Basis for Claim **JUDGMENT ON APPRAISED PREF SHARES**
(See instruction #2 on reverse side)

3. Last four digits of any number by which creditor identifies debtor _____

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

4. Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other
Describe

Value of Property $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____

Basis for perfection _____

Amount of Secured Claim $_____ Amount Unsecured $_____

6. Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. Documents Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of 'redacted' on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

5. Amount of Claim Entitled to Priority under 11 U S C § 507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

Amount entitled to priority
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

Date **2/3/10**

Signature: The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

FOR COURT USE ONLY

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

EXHIBIT __A__
PAGE __3__