# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MIG, INC.,<br>　　　　　Debtor. | Chapter 11<br><br>Case No. 09-12118 (KG)<br><br>Hearing Date: August 19, 2010, at 2:00 p.m. E.T.<br>Objection Deadline: August 6, 2010, at 4:00 p.m. E.T. |

## NOTICE OF DEBTOR'S SUBSTANTIVE OBJECTION TO PROOF OF CLAIM NO. 302 (KONRAD BABUNASHVILI) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: (a) the Office of the United States Trustee; (b) the Official Committee of Unsecured Creditors; (c) the claimants listed on the exhibits hereto; and (d) those persons who have requested service pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that the debtor and debtor-in-possession (the "**Debtor**"), in the above-captioned case filed the *SUBSTANTIVE OBJECTION TO PROOF OF CLAIM NO. 302 (KONRAD BABUNASHVILI) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1*(the "**Objection**"), which seeks to alter the rights of certain claimants by disallowing and expunging their claims in their entirety.

THE OBJECTION SEEKS TO ALTER YOUR RIGHTS. THEREFORE, YOU SHOULD READ THE OBJECTION AND THE EXHIBITS THERETO CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE. THE EXHIBITS ATTACHED TO THE OBJECTION LIST ALL CLAIMS THAT ARE THE SUBJECT OF THE OBJECTION.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Objection must be filed with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**") on or before **August 6, 2010 at 4:00 p.m. Prevailing Eastern time** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection which is filed with the Court must contain at a minimum the following:

> (a) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of this Objection;
>
> (b) the name of the claimant and description of the basis for the amount of the claim; a concise statement setting forth the reasons why the claim should not be treated as set forth in the Objection, including, but not limited to, the specific factual and legal basis upon which the claimant will rely in opposing the Objection at the Claims Hearing;
>
> (c) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the claimant will rely in opposing the Objection at the Claims Hearing; and
>
> (d) the name, address, and telephone number of the person (which may be the claimant or the claimant's legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel for Debtor, Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Nancy A. Mitchell, Esq., and Greenberg Traurig LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801, Attn: Scott D. Cousins, Esq.; (b) counsel to the Official Committee of Unsecured Creditors, Baker & McKenzie LLP, One Prudential Plaza, 130 East Randolph Drive, Chicago, Illinois 60601, Attn: Carmen Lonstein, Esq.; and (c) the Office of the United States Trustee, 844 N. King Street, Suite 2207, Wilmington, DE 19801, Attn: Richard Schepacarter, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

*DEL 86,324,722v2*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 19, 2010, AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS AT 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: July 20, 2010

GREENBERG TRAURIG, LLP

Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
cousinss@gtlaw.com
selzers@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
mitchelln@gtlaw.com
diconzam@gtlaw.com

*Counsel to the Debtor and Debtor-in-Possession*