# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, INC., | Case No. 09-12118 (KG) |
| Debtor. | Re: Docket No. 947 |

## <u>ORDER AMENDING CERTAIN DEADLINES</u> RE: ORDER (I) APPROVING THE SECOND AMENDED DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE JOINT SECOND AMENDED PLAN, INCLUDING (A) APPROVING FORM AND MANNER OF SOLICITATION PROCEDURES, (B) APPROVING FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING, (C) ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR DISTRIBUTION OF SOLICITATION PACKAGES, (D) APPROVING FORMS OF BALLOTS, (E) ESTABLISHING VOTING DEADLINE AND (F) APPROVING PROCEDURES FOR VOTE TABULATIONS; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO (A) CONFIRMATION OF THE PLAN AND (B) PROPOSED CURE AMOUNTS RELATED TO THE ASSUMED <u>CONTRACTS; AND (IV) GRANTING RELATED RELIEF</u>

Upon consideration of the Debtor and the Official Committee of Unsecured Creditors' joint request to amend the *Order (I) Approving The Second Amended Disclosure Statement; (II) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject The Joint Second Amended Plan, Including (A) Approving Form And Manner Of Solicitation Procedures, (B) Approving Form And Manner Of Notice Of The Confirmation Hearing, (C) Establishing Record Date And Approving Procedures For Distribution Of Solicitation Packages, (D) Approving Forms Of Ballots, (E) Establishing Voting Deadline And (F) Approving Procedures For Vote Tabulations; (III) Establishing Deadline And Procedures For Filing Objections To (A) Confirmation Of The Plan And (B) Proposed Cure Amounts Related To The Assumed Contracts; And (IV) Granting Related Relief* entered on August 19, 2010 [Docket No. 947] (the "**Order**") to extend (i) the solicitation deadline, and (ii) the date for publication of the

notice of the Confirmation Hearing[1] set forth therein; and the telephonic hearing held with respect thereto; it appearing that adequate and sufficient notice has been given; and after due deliberation and upon the Court's determination that the relief requested is in the best interests of the Debtor, its estate, creditors and other parties-in-interest; and sufficient cause appearing therefor, it is

### HEREBY ORDERED THAT:

1. The Order shall be amended as follows:

   a. The Voting Agent shall mail or caused to be mailed to holders of Claims entitled to vote on the Plan a Solicitation Package no later than August 27, 2010; and

   b. The Debtor shall publish the "Publication Notice" substantially in the form attached to the Order as Exhibit D, in The Wall Street Journal - Global Edition on or before September 3, 2010.

2. Except as expressly amended herein, the Order shall remain in full force and effect.

3. This Court shall retain jurisdiction over all matters related to or arising from the interpretation or implementation of this Order.

Dated: August 30, 2010

HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Order.

DEL 86337704v3 August 28, 2010