# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, INC., | Case No. 09-12118 (KG) |
| Debtor. | Hearing Date: October 19, 2010 at 10:30 a.m.<br>Objection Deadline: October 14, 2010 at 4:00 p.m.<br>Ref. Docket Nos. 913, 914, 947 |

## NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that **by order dated** August 19, 2010 [Docket No. 947] (the "**Disclosure Statement Approval Order**"), the United States Bankruptcy Court for the District of Delaware approved the *Second Amended Disclosure Statement with Respect to the Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc.* [Docket No. 914] (including all exhibits thereto and as amended, modified or supplemented from time to time, the "**Disclosure Statement**") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that the hearing approving confirmation of the *Joint Second Amended Chapter 11 Plan of Reorganization* [Docket No. 913] previously scheduled by the Disclosure Statement Approval Order to be held on September 28, 2010, at 2:00 p.m. has been adjourned and will be held on a **October 19, 2010 at 10:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the Voting Deadline and Objection Deadline originally scheduled by the Disclosure Statement Approval Order for September 23, 2010 at 4:00 p.m. have been extended to **October 14, 2010 at 4:00 p.m.**

Dated: September 17, 2010

GREENBERG TRAURIG, LLP

Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
        selzers@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
      diconzam@gtlaw.com

Counsel for the Debtor and Debtor-in-Possession