B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re MIG, INC., et al., Debtors,
(f/k/a Metromedia International Group, Inc.)

Case No. 09-12118 (KG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Gospel for Asia, Inc.
Name of Transferee

Suzanne C. Fink and Timothy C. Fink JT TEN
Name of Transferor

Name and Address where notices to transferee should be sent: Gospel for Asia Attn. Kris Davis 1800 Golden Trail Ct. Carrollton, TX 75010-4649

Phone: 972-300-7777 ext. 3103
Last Four Digits of Acct #: 9096

Court Claim # (if known): 267
Amount of Claim: $102,999.00
Date Claim Filed: 02/16/2010

Phone: 515-332-3333
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Kris Davis, Business Manager /s/ Kris Davis  Date: 10/06/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED 2010 OCT 13 AM 9:10 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE