## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, INC., | Case No. 09-12118 (KG) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING FOR OCTOBER 19, 2010 AT 10:30 A.M.[1]
### Location: 6th Floor, Courtroom #3

## STATUS CONFERENCE GOING FORWARD:

1.  Debtor's Substantive Objection to Claim by Claimant Konrad Babunashvili (Proof of Claim No. 302) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 849, Filed July 20, 2010]

    Objection Deadline: August 6, 2010 at 4:00 p.m.
    [Extended for Claimant to August 16, 2010]

    Related Documents:

    A.  Joinder of Official Committee of Unsecured Creditors to Debtor's Substantive Objection to Claim by Claimant Konrad Babunashvili (Proof of Claim No. 302) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 852, Filed July 20, 2010]

    Responses Received:

    A.  Response of Konrad Babunashvili to Debtor's Substantive Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 918, Filed August 16, 2010]

    Status: This matter is going forward as a status conference.

---

[1] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtor's counsel.

Dated: October 15, 2010

GREENBERG TRAURIG, LLP

Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4283)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
        selzers@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
diconzam@gtlaw.com

Counsel for the Debtor and Debtor-in-Possession

cc: Via Facsimile
2002 Notice Parties
Office of the United States Trustee
Counsel to the Official Committee of Unsecured Creditors
Counsel for Claimant