IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, INC., | Case No. 09-12118 (KG) |
| Debtor. | |

## SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FOR NOVEMBER 19, 2010 AT 9:30 A.M.[1]
Location: 6th Floor, Courtroom #3

## UNCONTESTED MATTERS WITH CNOS:

1. Application for Order Under 11 U.S.C. Sections 327(e) and 328(a), Fed.R.Bankr.P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 Authorizing Employment and Retention of Miriam Tsiskadze as Special Counsel to the Debtor *Nunc Pro Tunc* to September 16, 2010 [Docket No. 1115, Filed October 27, 2010]

    Objection Deadline: November 12, 2010 at 4:00 p.m.

    Related Documents:
    A.  Certificate of No Objection to Application [Docket No. 1164, Filed November 15, 2010]

    Responses Received: None.

    Status: Debtor's counsel has filed a certificate of no objection to the Application and respectfully requests entry of the order at the Court's convenience.

2. Debtor's Rule 9011, or in the Alternative Rule 7037, Motion for Sanctions Relating to Proofs of Claims Nos. 379 (Ayety LLC, a/k/a Ayety TV Ltd.) and 378 (Mtatsminda TV & Broadcasting Co. Ltd.) [Docket No. 1134, Filed November 5, 2010]

    Objection Deadline: November 12, 2010 at 4:00 p.m.

    Related Documents:
    A.  Order Granting The Debtor's Substantive Objection To Proofs Of Claim Nos. 379 (Ayety Llc, A/K/A Ayety Tv Ltd.) And 378 (Mtatsminda Tv & Broadcasting Co. Ltd.) Pursuant To Section 502(B) Of The Bankruptcy Code,

---

[1] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtor's counsel.

                        Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 [Docket No. 1085, Filed October 14, 2010]

       B.    Certificate of No Objection to Motion [Docket No. 1163, Filed November 15, 2010]

       C.    Supplement To Debtor's Rule 9011, Or In The Alternative Rule 7037, Motion For Sanctions Relating To Proofs Of Claim Nos. 379 (Ayety LLC, a/k/a Ayety TV Ltd.) And 378 (Mtatsminda TV & Broadcasting Co.) [Docket No. 1188, Filed November 18, 2010]

Responses Received: None.

Status: Debtor's counsel has filed a certificate of no objection to the Application and respectfully requests entry of the order at the Court's convenience. In the event that the Court is inclined to enter the order, the Debtor has filed the Supplement to aid the Court in determination of the amount of the award of legal fees.

**STATUS CONFERENCE GOING FORWARD:**

3. Debtor's Substantive Objection to Claim by Claimant Konrad Babunashvili (Proof of Claim No. 302) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 849, Filed July 20, 2010]

    Objection Deadline:  August 6, 2010 at 4:00 p.m.
                             [Extended for Claimant to August 16, 2010]

    Related Documents:

       A.    Joinder of Official Committee of Unsecured Creditors to Debtor's Substantive Objection to Claim by Claimant Konrad Babunashvili (Proof of Claim No. 302) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 852, Filed July 20, 2010]

    Responses Received:

       A.    Response of Konrad Babunashvili to Debtor's Substantive Objection Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 918, Filed August 16, 2010]

    Status: This matter is going forward as a status conference.

**CONTESTED MATTERS GOING FORWARD:**

4. Motion of David Gale and Traci Gale to Deem Proofs of Claim Timely Filed [Docket No. 1093, Filed October 18, 2010]

Objection Deadline: November 5, 2010 at 4:00 p.m.

Related Documents: None.

Responses Received:

    A.    Debtor's Objection to Motion of David Gale and Traci Gale to Deem Proofs of Claim Timely Filed [Docket No. 1133, Filed November 5, 2010]

    B.    **Joinder of Adam Peter Gross to Motion of David Gale and Traci Gale to Deem Proofs of Claim Timely Filed [Docket No. 1195, Filed November 18, 2010]**

    C.    **Emergency Motion for Shortened Notice and Expedited Hearing on Joinder of Adam Peter Gross to Motion of David Gale and Traci Gale to Deem Proofs of Claim Timely Filed [Docket No. 1196, Filed November 18, 2010]**

Status: This matter will be going forward.

5. Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1098, Filed October 19, 2010][2]

Objection Deadline: November 12, 2010 at 4:00 p.m.

Related Documents:

    A.    Notice of Submission of Proof of Claim regarding Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1131, Filed November 4, 2010]

    B.    Notice of Withdrawal of Objections to Certain Claims in the Debtor's Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1169, Filed November 16, 2010]

Responses Received:

    A.    Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Filed by Edmond J. Harris [Docket No. 1120, Filed October 29, 2010]

---

[2] A binder containing the proofs of claim being objected to was submitted to the Court on November 5, 2010.

B.  Response to Notice of Debtors Second Omnibus (Non-Substantive) Objection to Claims for Claim No. 324. Filed by James D. Roberge [Docket No. 1123, Filed November 1, 2010]

C.  Response to Notice of Debtors' Second Omnibus (Non-Substantive) Objection to Claims for Claim No. 325. Filed by John A. Staley, IV [Docket No. 1125, Filed November 1, 2010]

D.  Response to Debtor's Second Omnibus Objection to Claims Filed by William D. Dodge [Docket No. 1137, Filed November 9, 2010]

E.  Response of Florida Self-Insurers Guaranty Association to Debtor's Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1148, Filed November 11, 2010]

F.  Response to Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Filed by Coale, Pripstein & Associates, P.A. [Docket No. 1168, Filed November 15, 2010]

G.  Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Filed by Los Angeles County Treasurer & Tax Collector [Docket No. 1172, Filed November 16, 2010]

Status: The Debtor has withdrawn it's objection to certain of the proofs of claim listed in the Second Omnibus Objection. As a result, the Responses of claimants, Edmond J. Harris, James D. Roberge, and John A. Staley, IV are moot and hereby resolved. All other objections will be going forward.

## CONFIRMATION GOING FORWARD:

6.  Modified Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc.[Docket No. 1157, Filed November 12, 2010]

    Objection Deadline: October 15, 2010 at 5:00 p.m. [Extension Granted to Mark Hauf]

    Related Documents:

    A.  Order (I) Approving the Second Amended Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Joint Second Amended Plan, Including (A) Approving Form and Manner

of Solicitation Procedures, (B) Approving Form and Manner of Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Voting Deadline and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan and (B) Proposed Cure Amounts Related to the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 947, Filed August 19, 2010]

B. Order Amending Certain Deadlines Re: Order (I) Approving the Second Amended Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Joint Second Amended Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving Form and Manner of Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Voting Deadline and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan and (B) Proposed Cure Amounts Related to the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 983, Filed August 30, 2010]

C. Plan Supplement [Docket 1146, Filed November 11, 2010]

D. Notice of Filing of Updated Exhibit B to Second Amended Disclosure Statement with respect to the Joint Second Amended Chapter 11 Plan of Reorganization [Docket No. 1147, Filed November 11, 2010]

E. Notice of Filing of Additional Exhibits to the Plan Supplement [Docket No. 1156, Filed November 12, 2010]

F. Notice of Filing of Blackline Version of Debtor's Modified Joint Second Amended Chapter 11 Plan of Reorganization [Docket No. 1158, Filed November 12, 2010]

G. Notice of Filing of Updated Schedule IIA to Modified Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc. [Docket No. 1175, Filed November 17, 2010]

H. Declaration of Jeffrey S. Stein of The Garden City Group, Inc. Regarding the Methodology for the Tabulation of Ballots Accepting or Rejecting the Debtor's Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc. [Docket No. 1178, Filed November 17, 2010]

|   |    |                                                                                                                                                                                                                                                                              |
|---|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | I. | Affidavit of Barry W. Ridings in Support of Confirmation of the Modified Joint Second Amended Plan of Reorganization for MIG, Inc. [Docket No. 1183, Filed November 17, 2010]                                                                                                 |
|   | J. | Memorandum of Law in Support of Confirmation of the Modified Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc. [Docket No. 1184, Filed November 17, 2010]                                                                                                 |
|   | K. | Declaration of Todd R. Snyder in Support of Confirmation of Modified Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc. [Docket No. 1192, November 18, 2010]                                                                                               |
|   | L. | Notice of Filing of Proposed (A) Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Second Amended Plan of Reorganization for MIG, Inc. and (B) Judgment in Accordance with Bankruptcy Rule 9021 [Docket No. 1193, November 18, 2010]             |

Responses Received:

|   |    |                                                                                                                                                                                                                                                                              |
|---|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | A. | Limited Response to Confirmation of Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc. Filed by Alan Green & Wayne Henderson [Docket No. 1076, Filed October 14, 2010]                                                                                     |
|   | B. | Response, Limited Objection and Reservation of Rights of Konrad Babunashvili to the Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc. [Docket No. 1080, Filed October 14, 2010]                                                                           |
|   | C. | Limited Objection to Modified Joint Second Amended Chapter 11 Plan of Reorganization Filed by Mark S. Hauf [Docket No. 1170, Filed November 16, 2010]                                                                                                                        |
|   | D. | Supplemental Limited Response to Confirmation of Modified Joint Second Amended Chapter 11 Plan of Reorganization for MIG, Inc. Filed by Alan Green & Wayne Henderson [Docket No. 1174, Filed November 16, 2010]                                                              |

E. Reply to Limited Objection of Mark S. Hauf to Modified Joint Second Amended Chapter 11 Plan of Reorganization [Docket No. 1189, November 18, 2010]

Status: This matter will be going forward.

Dated: November 18, 2010

GREENBERG TRAURIG, LLP

*/s/ Sandra G. M. Selzer*

Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4283)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
        selzers@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
diconzam@gtlaw.com

Counsel for the Debtor and Debtor-in-Possession

cc: Via Facsimile
2002 Notice Parties
Office of the United States Trustee
Counsel to the Official Committee of Unsecured Creditors
Objectors to 2nd Omnibus Claim Objection
Counsel to Konrad Babunashvili
Counsel to Alan Green & Wayne Henderson
Counsel to Mark Hauf