# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MIG, LLC[1],<br><br>      Reorganized Debtor. | Chapter 11<br><br>Case No. 09-12118 (KG) |

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN, (B) OCCURRENCE OF EFFECTIVE DATE AND (C) DEADLINES FOR FILING CERTAIN CLAIMS

**PLEASE TAKE NOTICE THAT**:

    1.    *Confirmation of Plan*. By order dated November 19, 2010 (the **"Confirmation Order"**) [Docket No. 1209], the United States Bankruptcy Court for the District of Delaware (the **"Court"**) confirmed the Modified Joint Second Amended Plan of Reorganization for MIG, Inc. [Docket No. 1157], as modified (the **"Plan"**), filed by the Debtor and the Official Committee of Unsecured Creditors. The Confirmation Order is available for inspection at the Office of the Clerk, United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and copies of the Order may be obtained, with costs to be borne by the requesting party, upon request to counsel to the Reorganized Debtor, Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801, Attn: Scott D. Cousins, Esquire. Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

    2.    *Effective Date; Distributions*. December 31, 2010 is the effective date of the Plan (the **"Effective Date"**). Creditors holding Claims against the Debtor's estate will be entitled to receive distributions in accordance with the terms of the Plan to the extent that their Claims are Allowed and they have provided tax and other information which will be requested by the Disbursing Agent.

    3.    *Administrative Claims*. Any request for allowance of any Administrative Claim, other than a Professional Fee Claim, must be filed no later than forty-five (45) days after the Effective Date, or February 14, 2011 and served upon the undersigned counsel to the Debtor, so as to be received by February 14, 2011, or be forever barred as a claim against any of the Reorganized Debtor, or their properties, successors or assigns.

    4.    *Professional Fee Claims.* All requests for payment of Professional Fee Claims must be made by application that shall be filed with the Bankruptcy Court no later than sixty (60) days after the Effective Date, or March 1, 2011 and served on the Reorganized Debtor, its counsel, counsel to the Committee and other necessary parties-in-interest, or be forever barred as a claim against any of the Reorganized Debtor, or their properties, successors or assigns.

---

[1] On December 30, 2010 the name of the Debtor changed from MIG, Inc. to MIG, LLC.

*DEL 86,353,778v1*

| Dated: December 31, 2010 | GREENBERG TRAURIG, LLP |
|---|---|
| | */s/ Scott D. Cousins*_____ |
| | Scott D. Cousins (DE Bar No. 3079) |
| | Sandra G. M. Selzer (DE Bar No. 4283) |
| | The Nemours Building |
| | 1007 North Orange Street, Suite 1200 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 661-7000 |
| | Facsimile: (302) 661-7360 |
| | cousinss@gtlaw.com |
| | selzers@gtlaw.com |
| | |
| | -and- |
| | |
| | Nancy A. Mitchell |
| | Maria J. DiConza |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Telephone: (212) 801-9200 |
| | Facsimile: (212) 801-6400 |
| | mitchelln@gtlaw.com |
| | diconzam@gtlaw.com |
| | |
| | Counsel to the Reorganized Debtor |